UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT MITCHELL,

            Plaintiff,

v.

ROBERT W. POWERS, PH.D., *et al*,

            Defendants.

Case No. C09-5504RBL-KLS

ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE AMENDED COMPLAINT AND SUBSTITUTE ORIGINAL COMPLAINT

This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 72. This case is before the Court on plaintiff's filing of a motion to strike the amended complaint and substitute the original complaint. (Dkt. #8). After reviewing plaintiff's motion, the original and the amended complaints and the balance of the record, the Court finds and orders as follows:

On August 18, 2009, plaintiff filed his original complaint with the Court. (Dkt. #1). On September 9, 2009, plaintiff filed an amended complaint, which – while naming different defendants and setting forth different factual scenarios and legal claims – bore the same cause number as the original complaint. (Dkt. #4). On September 23, 2009, the Court, noting that under Fed. R. Civ. P. 15(a) plaintiff may amend his pleading once as a matter of course any time prior to service of a responsive pleading, accepted for filing the amended complaint, and ordered service thereof on the defendants named therein. (Dkt. #7).

ORDER
Page - 1

| | |
|---|---|
| 1 | On October 6, 2009, plaintiff filed his motion to strike the amended complaint, stating that it was |
| 2 | actually for another case he had, although he did not indicate what case that was. (Dkt. #8). It does |
| 3 | appear the amended complaint plaintiff filed in this case actually should have been filed by him under |
| 4 | Cause No. C09-5080BHS-JRC, <u>Mitchell v. INI Gilbert, *et al*</u>. Accordingly, the amended complaint (Dkt. |
| 5 | #4) hereby is STRICKEN from this matter. In addition, the Clerk hereby is directed to file a copy of that |
| 6 | complaint, along with a copy of this Order, in Cause No. C09-5080BHS-JRC. |
| 7 | As noted above, the Court already has ordered service of the summonses and amended complaint |
| 8 | on the defendants named in the amended complaint. That order shall remain valid and in effect, and the |
| 9 | Clerk hereby again is directed to file a copy of that order (Dkt. #7) in Cause No. C09-5080BHS-JRC. |
| 10 | The Clerk also is directed to file copies in Cause No. C09-5080BHS-JRC of all waiver and/or return of |
| 11 | service forms related to that order or to the amended complaint. In light of the foregoing, in regard to |
| 12 | proceedings in this matter, the Court further hereby orders that the original complaint (Dkt. #1) now be |
| 13 | substituted for the amended complaint, and will be treated as the only complaint in this matter. To the |
| 14 | extent discussed herein, therefore, plaintiff's motion to strike (Dkt. #8) hereby is GRANTED. |
| 15 | The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants. |
| 16 | DATED this 23rd day of October, 2009. |

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge